DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WINSTON MUHAMMAD** and **JANET MUHAMMAD,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION,** not in its individual capacity but
solely as Trustee of SW REMIC Trust 2015-1,
Appellee.

No. 4D16-3666

[October 18, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. CACE10036145.

Winston Muhammad and Janet Muhammad, Lauderhill, pro se.

Adam J. Knight and Jacqueline Simms-Petredis of Burr & Forman LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150, 1152 (Fla. 1979).

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***